JULIUS LAZARUS, Respondent, v. GARMED REALTY CORPORATION, Appellant, and Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

LEWIS MORRIS, etc., Appellant, v. JOHN HAAS, Respondent.— Judgment, and order amending it, reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. We are of opinion that the testimony presented on behalf of plaintiff made out a *prima facie* case in his favor. Lazansky, P. J., Young, Kapper, Seeger and Scudder, JJ., concur.

NEW YORK TERRACE ESTATES, INC., and Others, Respondents, v. RICHMOND DEVELOPMENT COMPANY, Appellant. (Appeal No. 1.) — Order of examination of defendant by president and specified alleged employees modified by striking therefrom the authorized examination by Thomas V. Barry, and as so modified affirmed, without costs. There is no sufficient showing that Barry is a present employee of the defendant corporation, nor is there an adequate showing of special circumstances to sustain his examination upon that ground. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.

NEW YORK TERRACE ESTATES, INC., and Others, Appellants, v. RICHMOND DEVELOPMENT COMPANY, Respondent. (Appeal No. 2.) — Order, in so far as appealed from, reversed upon the law, with ten dollars costs and disbursements. Defendant's motion for a bill of particulars as to the tenth and eleventh items thereof denied, without costs. The general rule that a party may not have the names of his adversary's witnesses is applicable to those items. The situation does not come within the well-defined exceptions to that rule. (*Claflin Co. v. Knapp*, 60 App. Div. 9; *Goakes v. City of Oneida*, 180 id. 118.) Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.

EMMA O'FARRELL, Respondent, v. MELISSA REEVES, Appellant.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ.

EUGENE J. ORSENIGO and HENRY ORSENIGO, Respondents, v. LANCIA MOTOR SALES CORPORATION, Appellant.— Judgment modified by reducing the amount of plaintiffs' recovery to the sum of $1,740, and as so modified unanimously affirmed, without costs. Plaintiffs sued defendant for failure to deliver the car. On a finding that plaintiffs breached the contract, the complaint should have been dismissed. However, the case seems to have been disposed of on an equitable basis because of the sale of the car by defendant. Upon this basis the amount of recovery should be limited to $1,740. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

SOPHIE VON SYBERG PETERSEN, Appellant, v. TOBY VON SYBERG PETERSEN, Respondent.— Order modifying judgment affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.